JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BERNARD MORGAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>LOS ANGELES COUNTY, et al.,<br><br>        Defendants. | Case No. CV 11-10080-DSF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 8/27/12

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1