JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BERNARD MORGAN, | Case No. CV 11-10080-DSF (DTB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| LOS ANGELES COUNTY, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 8/27/12

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1